IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES HOLDER,

                 Plaintiff,               OPINION AND ORDER

v.

                                            16-cv-343-wmc

THE INTERLAKE STEAMSHIP CO.,
and CAPSTAN CORP.,

                 Defendants,

THE INTERLAKE STEAMSHIP CO.,

                   Cross-Claimant,

v.

FRASER SHIPYARDS, INC.,

                 Cross-Defendant.

---

The court held a telephonic pretrial conference today, addressing the cross-claim, proposed jury instructions, deposition designations, and trial exhibit objections. The purpose of this order is to formalize those rulings.

IT IS ORDERED that:

1) The court will hold an additional telephonic pretrial conference at 10:00 a.m. on Thursday, April 26, 2018. Plaintiff's counsel shall initiate the call.

2) Interlake may file a proposed jury instruction on the question whether plaintiff's alleged injury "a[rose] out of or [was] in any way connected with the performance of" the Shipbuilding Contract, by Wednesday, April 25, at noon. Fraser shall have until 4:30 p.m. on Friday, April 27 to propose an alternative instruction.

3) The court understands that the only deposition designations currently requiring review are those for Nicholas Minardi. The parties shall advise the court by Monday, April 23, if the previously filed designations for Mike Wolny or other witnesses require review. If there are additional depositions requiring designations, the parties are instructed to file those designations and

corresponding objections as soon as practical, but in any event no later than noon on Friday, April 27.

Entered this 20th day of April, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge